**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| MUHAMMAD MURTAZA ALAM,<br><br>*Plaintiff*,<br><br>v.<br><br>PRESIDENT, ST. LOUIS UNIVERSITY, et al.,<br><br>*Defendants*. | ) | No. 4:26-cv-01003-JMD |

**ORDER**

On October 6th, the Court ordered Alam to show cause by October 16th why the Court should not dismiss his case for failure to prosecute because he failed to respond to the motions to dismiss. ECF 38. The Court also ordered him to respond to the defendants' motions to dismiss, ECF 16 and ECF 21, by October 19th if he wished to continue prosecuting the case. ECF 38. The Court specified that failure to comply with any part of the order "will lead to dismissal without further notice." *Id*. Alam responded to the show-cause order on October 15th, ECF 40. But he did not respond to the motions to dismiss by October 19th. Rather, on that date, he filed a motion for an indefinite extension of time, ECF 41.

The Court gave Alam clear instructions and ample opportunity for compliance. He nevertheless failed to respond not only to the initial motions to dismiss, but also to the Court's order providing him with extra time. He provides no justification for his noncompliance other than his *pro se* status. But the Court already took Alam's *pro se* status into account in its earlier order giving him an extra chance to respond to those motions after he failed to timely do so in the first instance, and "[e]ven pro se litigants must comply with court rules and directives." *Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005). Further, Alam's request for an extension came the same day his response was due, and per the undersigned's publicly

posted standing order, extension motions must be filed at least four business days before the first affected date. Alam's extension motion was filed on the same date as the deadline and never stated when he planned to file a response. For these reasons, the Court finds that dismissal is warranted under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** without prejudice under Rule 41(b).

Dated this 23rd day of October, 2026.

JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI